**Order entered March 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00179-CR

**MARK ANTHONY SPEERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-27999-M**

## ORDER

The Court **REINSTATES** the appeal.

On February 13, 2015, we denied appellant's third motion to extend time to file his brief and ordered the trial court to make findings. On March 9, 2015, we received appellant's brief, together with a motion to allow the filing of a brief in excess of the word and page limits of Texas Rule of Appellate Procedure 9.4(i)(2)(A). Therefore, in the interest of expediting the appeal, we **VACATE** the February 13, 2015 order to the extent it requires findings.

We **GRANT** appellant's March 9, 2015 motion to allow the brief in excess of the word and page limits and **ORDER** appellant's brief filed as of the date of this order.

/s/     ADA BROWN
         JUSTICE